UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re: HARDES HOLDING, LLC  § Case No. 17-30039
TAX ID/EIN: 46-5080137  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Forrest Allred, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,548,900.76 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,535,772.74 | Claims Discharged Without Payment: $53,520.00 |
| Total Expenses of Administration: $736,591.43 | |

3) Total gross receipts of $ 9,272,364.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,272,364.17 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,091,907.06 | $12,354,493.82 | $12,354,493.82 | $8,484,210.46 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 688,233.28 | 688,201.28 | 688,201.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 48,790.15 | 48,390.15 | 48,390.15 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 51,562.28 | 51,562.28 | 51,562.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,826.74 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $11,173,733.80 | $13,143,079.53 | $13,142,647.53 | $9,272,364.17 |

4) This case was originally filed under Chapter 7 on January 10, 2019. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2021          By: /s/Forrest Allred
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - HAND COUNTY (140 acres) | 1110-000 | 423,828.00 |
| REAL PROPERTY - HAND COUNTY (480 acres) | 1110-000 | 950,052.50 |
| REAL PROPERTY - HAND COUNTY (320 acres) | 1110-000 | 792,200.00 |
| REAL PROPERTY - HAND COUNTY (160 acres) | 1110-000 | 287,490.00 |
| REAL PROPERTY - HAND COUNTY (1280 acres) | 1110-000 | 3,181,652.00 |
| REAL PROPERTY - HAND COUNTY (approx. 480 acres) | 1110-000 | 1,246,674.00 |
| REAL PROPERTY - ZIEBACH COUNTY (2,140 acres) | 1110-000 | 856,000.00 |
| REAL PROPERTY - ZIEBACH COUNTY (1,920 acres) | 1110-000 | 916,508.20 |
| FARMING EQUIPMENT | 1129-000 | 67,480.00 |
| RENTS - farm land in Hand & Ziebach County | 1222-000 | 428,000.00 |
| FUNDS ON HAND AT CONVERSION | 1290-000 | 122,479.47 |
| **TOTAL GROSS RECEIPTS** | | **$9,272,364.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Swenson Partnership | 4110-000 | 353,030.81 | 769,513.64 | 769,513.64 | 0.00 |
| 4 | Sandton Credit Solutions Master Fund III | 4110-000 | 10,692,876.25 | 11,584,980.18 | 11,584,980.18 | 8,484,210.46 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Ziebach County Treasurer | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hand County Treasurer | 4110-000 | 26,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $11,091,907.06 | $12,354,493.82 | $12,354,493.82 | $8,484,210.46 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Forrest Allred, Chapter 7 Trustee | 2100-000 | N/A | 301,420.93 | 301,420.93 | 301,420.93 |
| Trustee Expenses - Forrest Allred, Chapter 7 Trustee | 2200-000 | N/A | 1,361.13 | 1,329.13 | 1,329.13 |
| Attorney for Trustee Fees (Trustee Firm) - Forrest C. Allred | 3110-000 | N/A | 6,629.63 | 6,629.63 | 6,629.63 |
| Attorney for Trustee Expenses (Trustee Firm) - Forrest C. Allred | 3120-000 | N/A | 198.50 | 198.50 | 198.50 |
| Other - Patrick T, Dougherty | 3210-000 | N/A | 32,961.75 | 32,961.75 | 32,961.75 |
| Other - Patrick T, Dougherty | 3210-000 | N/A | 12,194.25 | 12,194.25 | 12,194.25 |
| Other - Bantz, Gosch & Cremer, LLC | 3210-000 | N/A | 3,138.55 | 3,138.55 | 3,138.55 |
| Other - Bantz, Gosch & Cremer, LLC | 3220-000 | N/A | 42.00 | 42.00 | 42.00 |
| Other - Tibble & Wesler Certified Public Accountants | 3410-000 | N/A | 2,412.50 | 2,412.50 | 2,412.50 |
| Other - Tibble & Wesler Certified Public Accountants | 3410-000 | N/A | 2,375.00 | 2,375.00 | 2,375.00 |
| Other - Tibble & Wesler Certified Public Accountants | 3420-000 | N/A | 66.65 | 66.65 | 66.65 |
| Other - Tibble & Wesler Certified Public Accountants | 3420-000 | N/A | 55.97 | 55.97 | 55.97 |
| Auctioneer for Trustee Fees (including buyers premiums) - Burlage Peterson | 3610-000 | N/A | 17,993.02 | 17,993.02 | 17,993.02 |
| Auctioneer for Trustee Fees (including buyers premiums) - Burlage Peterson | 3610-000 | N/A | 3,593.31 | 3,593.31 | 3,593.31 |
| Auctioneer for Trustee Fees (including buyers premiums) - Burlage Peterson | 3610-000 | N/A | 166,345.80 | 166,345.80 | 166,345.80 |
| Auctioneer for Trustee Expenses - Burlage Peterson Auctioneers & Realtors, LLC | 3620-000 | N/A | 1,503.65 | 1,503.65 | 1,503.65 |
| Auctioneer for Trustee Expenses - Burlage Peterson Auctioneers & Realtors, LLC | 3620-000 | N/A | 12,851.58 | 12,851.58 | 12,851.58 |
| U.S. Trustee Quarterly Fees - U.S. TRUSTEE | 2950-000 | N/A | 649.37 | 649.37 | 649.37 |
| Other - Western Agricultural Insurance Company | 2420-000 | N/A | 4,515.50 | 4,515.50 | 4,515.50 |
| Other - International Sureties, LTD | 2300-000 | N/A | 35.73 | 35.73 | 35.73 |
| Other - Western Agricultural Insurance Company | 2420-000 | N/A | 5,152.00 | 5,152.00 | 5,152.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 11.00 | 11.00 | 11.00 |
| Other - Western Agricultureal Insurance Company | 2420-000 | N/A | 3,401.00 | 3,401.00 | 3,401.00 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,476.27 | 1,476.27 | 1,476.27 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 2,115.67 | 2,115.67 | 2,115.67 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 414.00 | 414.00 | 414.00 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 157.22 | 157.22 | 157.22 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 160.00 | 160.00 | 160.00 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 5,194.13 | 5,194.13 | 5,194.13 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 7,444.82 | 7,444.82 | 7,444.82 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 889.42 | 889.42 | 889.42 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 236.85 | 236.85 | 236.85 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 584.00 | 584.00 | 584.00 |
| Other - Hand County Title Co. | 2820-000 | N/A | 1,966.54 | 1,966.54 | 1,966.54 |
| Other - Hand County Title Co. | 2820-000 | N/A | 2,896.12 | 2,896.12 | 2,896.12 |
| Other - Hand County Title Co. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Co. | 2500-000 | N/A | 1,083.39 | 1,083.39 | 1,083.39 |
| Other - Hand County Title Co. | 2500-000 | N/A | 39.75 | 39.75 | 39.75 |
| Other - Hand County Title Co. | 2500-000 | N/A | 776.50 | 776.50 | 776.50 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 918.52 | 918.52 | 918.52 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,385.55 | 1,385.55 | 1,385.55 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 706.10 | 706.10 | 706.10 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 413.50 | 413.50 | 413.50 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 3,970.69 | 3,970.69 | 3,970.69 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 6,139.30 | 6,139.30 | 6,139.30 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 1,555.74 | 1,555.74 | 1,555.74 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 79.87 | 79.87 | 79.87 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 1,247.00 | 1,247.00 | 1,247.00 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 835.54 | 835.54 | 835.54 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,291.88 | 1,291.88 | 1,291.88 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 717.60 | 717.60 | 717.60 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 424.00 | 424.00 | 424.00 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 4,225.66 | 4,225.66 | 4,225.66 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 6,533.51 | 6,533.51 | 6,533.51 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 2,304.46 | 2,304.46 | 2,304.46 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 159.75 | 159.75 | 159.75 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 1,992.00 | 1,992.00 | 1,992.00 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,779.02 | 1,779.02 | 1,779.02 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 2,662.68 | 2,662.68 | 2,662.68 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 450.80 | 450.80 | 450.80 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 165.63 | 165.63 | 165.63 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 192.00 | 192.00 | 192.00 |
| Other - Hand County Title Co. | 2820-000 | N/A | 1,533.81 | 1,533.81 | 1,533.81 |
| Other - Hand County Title Co. | 2820-000 | N/A | 2,241.23 | 2,241.23 | 2,241.23 |
| Other - Hand County Title Co. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Co. | 2500-000 | N/A | 450.80 | 450.80 | 450.80 |
| Other - Hand County Title Co. | 2500-000 | N/A | 157.72 | 157.72 | 157.72 |
| Other - Hand County Title Co. | 2500-000 | N/A | 192.00 | 192.00 | 192.00 |
| Other - Hand County Title Co. | 2820-000 | N/A | 2,855.73 | 2,855.73 | 2,855.73 |
| Other - Hand County Title Co. | 2820-000 | N/A | 4,172.85 | 4,172.85 | 4,172.85 |
| Other - Hand County Title Co. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Co. | 2500-000 | N/A | 588.80 | 588.80 | 588.80 |
| Other - Hand County Title Co. | 2500-000 | N/A | 236.32 | 236.32 | 236.32 |
| Other - Hand County Title Co. | 2500-000 | N/A | 312.00 | 312.00 | 312.00 |
| Other - Hand County Title Co. | 2820-000 | N/A | 3,185.38 | 3,185.38 | 3,185.38 |
| Other - Hand County Title Co. | 2820-000 | N/A | 4,672.84 | 4,672.84 | 4,672.84 |
| Other - Hand County Title Co. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Co. | 2500-000 | N/A | 612.95 | 612.95 | 612.95 |
| Other - Hand County Title Co. | 2500-000 | N/A | 236.85 | 236.85 | 236.85 |
| Other - Hand County Title Co. | 2500-000 | N/A | 333.00 | 333.00 | 333.00 |
| Other - Hand County Title Co. | 2820-000 | N/A | 1,003.85 | 1,003.85 | 1,003.85 |
| Other - Hand County Title Co. | 2820-000 | N/A | 1,472.54 | 1,472.54 | 1,472.54 |
| Other - Hand County Title Co. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Co. | 2500-000 | N/A | 681.95 | 681.95 | 681.95 |
| Other - Hand County Title Co. | 2500-000 | N/A | 393.00 | 393.00 | 393.00 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 813.94 | 813.94 | 813.94 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,166.41 | 1,166.41 | 1,166.41 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 1,099.46 | 1,099.46 | 1,099.46 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 39.75 | 39.75 | 39.75 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 792.50 | 792.50 | 792.50 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,029.42 | 1,029.42 | 1,029.42 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 1,176.57 | 1,176.57 | 1,176.57 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 561.20 | 561.20 | 561.20 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 287.50 | 287.50 | 287.50 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 2,519.92 | 2,519.92 | 2,519.92 |
| Other - Hand County Title Company, Inc. | 2820-000 | N/A | 2,880.13 | 2,880.13 | 2,880.13 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 319.50 | 319.50 | 319.50 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 863.29 | 863.29 | 863.29 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 39.75 | 39.75 | 39.75 |
| Other - Hand County Title Company, Inc. | 2500-000 | N/A | 557.50 | 557.50 | 557.50 |
| Other - Western Agricultural Insurance Company | 2420-000 | N/A | -2,726.00 | -2,726.00 | -2,726.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 320.03 | 320.03 | 320.03 |
| Other - Western Agricultural Insurance Company | 2420-000 | N/A | -603.00 | -603.00 | -603.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 639.88 | 639.88 | 639.88 |
| Other - International Sureties, LTD | 2300-000 | N/A | 172.51 | 172.51 | 172.51 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 618.17 | 618.17 | 618.17 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 677.55 | 677.55 | 677.55 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 654.38 | 654.38 | 654.38 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 32.00 | 32.00 | 32.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$688,233.28** | **$688,201.28** | **$688,201.28** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bantz, Gosch & Cremer, LLC | 6210-000 | N/A | 8,666.44 | 8,666.44 | 8,666.44 |
| Patrick T, Dougherty | 6210-000 | N/A | 14,404.76 | 14,004.76 | 14,004.76 |
| Bantz, Gosch & Cremer, LLC | 6220-000 | N/A | 118.60 | 118.60 | 118.60 |
| Gerry & Kulm Ask, Prof. LLC | 6110-000 | N/A | 25,600.35 | 25,600.35 | 25,600.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $48,790.15 | $48,390.15 | $48,390.15 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hand County Title Company, Inc. | 5800-000 | N/A | 2,172.40 | 2,172.40 | 2,172.40 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 7,658.56 | 7,658.56 | 7,658.56 |
| | Hand County Title Co. | 5800-000 | N/A | 3,222.50 | 3,222.50 | 3,222.50 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 1,538.86 | 1,538.86 | 1,538.86 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 6,814.12 | 6,814.12 | 6,814.12 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 1,408.22 | 1,408.22 | 1,408.22 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 7,237.15 | 7,237.15 | 7,237.15 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 2,733.28 | 2,733.28 | 2,733.28 |
| | Hand County Title Co. | 5800-000 | N/A | 2,303.56 | 2,303.56 | 2,303.56 |
| | Hand County Title Co. | 5800-000 | N/A | 4,285.98 | 4,285.98 | 4,285.98 |
| | Hand County Title Co. | 5800-000 | N/A | 4,790.19 | 4,790.19 | 4,790.19 |
| | Hand County Title Co. | 5800-000 | N/A | 1,634.77 | 1,634.77 | 1,634.77 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 1,257.27 | 1,257.27 | 1,257.27 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 1,302.37 | 1,302.37 | 1,302.37 |
| | Hand County Title Company, Inc. | 5800-000 | N/A | 3,203.05 | 3,203.05 | 3,203.05 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $51,562.28 | $51,562.28 | $51,562.28 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 -2 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | F.F. Fisher Leasing Corporation | 7100-000 | 28,306.74 | N/A | N/A | 0.00 |
| NOTFILED | Woods, Fuller, Shuttz & Smith | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | D&M Agri Service | 7100-000 | 53,520.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $81,826.74 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  17-30039  
Case Name:    HARDES HOLDING, LLC

Period Ending: 05/12/21

Trustee:          (610080)    Forrest Allred, Chapter 7 Trustee  
Filed (f) or Converted (c): 01/10/19 (c)  
§341(a) Meeting Date:   02/13/19  
Claims Bar Date:        05/13/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY - HAND COUNTY (140 acres)<br>  Township 113 North, Range 69 West of the 5th P.M.<br><br>SW1/4 of Section 3, except the W1/2 of the NW 1/4 of the SW1/4    **SOLD TO STEPTOE** | 700,000.00 | 3,786.94 | | 423,828.00 | FA |
| 2 | REAL PROPERTY - HAND COUNTY (480 acres)<br>  Township 114 North, Range 69 West of the 5th P.M.<br><br>W1/2 of Section 1      **SOLD TO SANDTON**<br>NE1/4 of Section 24,    ** SOLD TO WERNSMANN** | 2,400,000.00 | 12,983.81 | | 950,052.50 | FA |
| 3 | REAL PROPERTY - HAND COUNTY (320 acres)<br>  Township 113 North, Range 69, West of the 5th P.M.<br>W1/2 of Section 18,    **SOLD TO BUSHEL, LLP** | 1,600,000.00 | 8,655.87 | | 792,200.00 | FA |
| 4 | REAL PROPERTY - HAND COUNTY (160 acres)<br>  Township 114 North, Range 68 West of the 5th P.M.<br>Section 10: NE1/4, EXCEPT Lot H2  **SANDTON** | 800,000.00 | 4,327.94 | | 287,490.00 | FA |
| 5 | REAL PROPERTY - HAND COUNTY (1280 acres)<br>  Township 114 North, Range 69 West of the 5th P.M.<br>S1/2 of Section 14   **SOLD TO SCHLECHTER**<br>NE1/4 Section 23    **SOLD TO BRUGGEMAN**<br>Section 33: All      **SOLD TO WAGNER**<br>Section 34: SW1/4   **SOLD TO WAGNER** | 6,400,000.00 | 34,623.48 | | 3,181,652.00 | FA |
| 6 | REAL PROPERTY - VOID - DUPLICATE ENTRY | 0.00 | 0.00 | | 0.00 | FA |
| 7 | REAL PROPERTY - HAND COUNTY (approx. 480 acres)<br>  Township 114 North, Range 69 West of the 5th P.M.<br>Section 2, S1/2 and NW1/4   **SOLD TO MULLANEY** | 2,400,000.00 | 12,983.81 | | 1,246,674.00 | FA |
| 8 | REAL PROPERTY - ZIEBACH COUNTY (2,140 acres)<br>  Township 11 North, Range 20 East 8.H.M.<br>Section 20: W1/2 and S1/2SE1/4   **SOLD TO STARR**<br>Section 28: SW1/4   **SOLD TO PRINE CAPITAL** | 3,070,900.00 | 16,613.32 | | 856,000.00 | FA |

Printed: 05/12/2021 01:15 PM    V.20.33

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 17-30039 | Trustee: (610080) Forrest Allred, Chapter 7 Trustee |
| Case Name: HARDES HOLDING, LLC | Filed (f) or Converted (c): 01/10/19 (c) |
| | §341(a) Meeting Date: 02/13/19 |
| Period Ending: 05/12/21 | Claims Bar Date: 05/13/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Section 29: W1/2NE1/4NE1/4 and NW1/4NE1/4 and S1/2NE1/4 and NW1/4 and S1/2 **PRINE CAPITAL**<br>Section 32: N1/2 and SE1/4   **SOLD TO FARLEE**<br>Section 33: W1/2E1/2 and W1/2 **BIRKELAND** | | | | | |
| 9 | REAL PROPERTY - ZIEBACH COUNTY (1,920 acres)<br>   Township 10 North, Range 20 East B.H.M.<br>Section 2: Lots 3, 4 and S1/2NW1/4 and S1/2 **OLSON**<br>Section 3: Lots 1, 2 & S1/2NE1/4 & SE1/4 **OLSON**<br>Section 4: Lots 2, 3, 4 and SW1/4NE1/4 and S1/2NW1/4 and SW1/4 and W1/2SE1/4  **JACE BIRKELAND**<br>Section 5: Lots 1, 2 & S1/2NE1/4 **JACE BIRKELAND**<br>Section 10: E1/2SE1/4  **OLSON**<br>Section 11: SW1/4 and W1/2SE1/4  **OLSON**<br>Section 15: NE1/4  **OLSON** | 2,755,200.00 | 14,905.41 | | 916,508.20 | FA |
| 10 | REAL PROPERTY - 1928 Farm house | 80,000.00 | 0.00 | | 0.00 | FA |
| 11 | REAL PROPERTY - 1997 Modular home | 125,000.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES - 1970 Ford 600 grain truck | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | CASH ON HAND - checks not cashed | 278,276.92 | 0.00 | | 0.00 | FA |
| 14 | BANK ACCOUNTS - 1st National Farmers & Merchants | 20.00 | 0.00 | | 0.00 | FA |
| 15 | ACCOUNTS RECEIVABLE  (u) | 154,584.30 | 0.00 | | 0.00 | FA |
| 16 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 5,000.00 | 0.00 | | 0.00 | FA |
| 17 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | Unknown | 0.00 | | 0.00 | FA |
| 18 | CROPS - 2017 wheat & beans (amended & removed) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | CROPS - 2016 sunflowers in elevator  (u) | 8,919.54 | 0.00 | | 0.00 | FA |
| 20 | FARMING EQUIPMENT<br>   1992 JD 8760 tractor $50,000; 1982 JD 4640 row | 187,800.00 | 1,015.98 | | 67,480.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 17-30039  
Case Name: HARDES HOLDING, LLC  

Period Ending: 05/12/21

Trustee: (610080) Forrest Allred, Chapter 7 Trustee  
Filed (f) or Converted (c): 01/10/19 (c)  
§341(a) Meeting Date: 02/13/19  
Claims Bar Date: 05/13/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | crop tractor $22,000; 1991 Ag Chem 180 terragator - dry machine $20,000; JD 930 straight head $6,000; JD 1610 37" chisel $8,000; IH 55 39" chisel $2,000; 2007 Summers harrow $25,000; 2006 Summers rock picker $8,000; Summers rock picker $3,000; Killbros gravity wagon $2,000; Glencoe fiel cultivator $500; 2007 cat forklift $25,000; Two 2009 JD lawn mowers $4,000; 2009 JD zero turn lawn mower $4,000; Cub Cadet lawn mower $1,300; Woods lawn mower $3,000; JD 37 sickle mower $1,000; Hesston rotary mower $1,000; Westendorf land leveler $2,000. |  |  |  |  |  |
| 21 | FARMING EQUIPMENT<br>    wire winder $600; Two 1500 gallon water tanks $2,000; Two welders $6,000; Two way radios $8,000; Two utility pick-up boxes $9,000; pallet racking $5.000; mlsc. tools & supplies $50.000 | 80,600.00 | 0.00 |  | 0.00 | FA |
| 22 | FARMING EQUIPMENT<br>    Four 60,0000 bushel grain bins $300,000; Three 25,000 bushel grain bins $60,000; One 20,000 bushel grain bin $25,000; Three 5,000 bushel grain bins $15,000; Two 4,000 bushel hopper bins $16,000; Two 14,500 gallon fuel tanks $10,000; 5,000 gallon fuel tank $3,500; 10,000 gallon fuel tank $4,500; 12,000 gallon fuel tank $4,500. | 438,500.00 | 0.00 |  | 0.00 | FA |
| 23 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>    80x140 shop w/ office $275,000; machine sheds $100,000 | 375,000.00 | 0.00 |  | 0.00 | FA |
| 24 | DEPOSITS OF MONEY - DIP FUNDS  (u) | 0.00 | 133,352.61 |  | 0.00 | FA |
| 25 | RENTS - farm land in Hand & Ziebach County  (u) | 428,000.00 | 428,000.00 |  | 428,000.00 | FA |
| 26 | FUNDS ON HAND AT CONVERSION  (u) | 122,479.47 | 122,479.47 |  | 122,479.47 | FA |
| 26 | Assets    Totals (Excluding unknown values) | $22,413,280.23 | $793,728.64 |  | $9,272,364.17 | $0.00 |

Major Activities Affecting Case Closing:

Printed: 05/12/2021 01:15 PM    V.20.33

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 17-30039  
Case Name: HARDES HOLDING, LLC

Trustee: (610080) Forrest Allred, Chapter 7 Trustee  
Filed (f) or Converted (c): 01/10/19 (c)  
§341(a) Meeting Date: 02/13/19

Period Ending: 05/12/21

Claims Bar Date: 05/13/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):    December 4, 2019            Current Projected Date Of Final Report (TFR):    November 3, 2020  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-30039 | | Trustee: | Forrest Allred, Chapter 7 Trustee (610080) |
| Case Name: | HARDES HOLDING, LLC | | Bank Name: | Mechanics Bank |
| | | | Account: | ******7066 - Checking Account - Ch 11 |
| Taxpayer ID #: | **-***0137 | | Blanket Bond: | $19,631,000.00 (per case limit) |
| Period Ending: | 05/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/10/19 | {26} | ESTATE OF HARDES HOLDINGS, LLC | Funds turned over after conversion to Chapter 7 | 1290-000 | 122,479.47 | | 122,479.47 |
| 01/14/19 | | To Account #******7067 | Funds on hand at conversion | 9999-000 | | 122,479.47 | 0.00 |
| 02/13/19 | 106 | Patrick T. Dougherty | Attorney fees (doc. 254)<br>Voided on 02/13/19 | 3210-000 | | 14,404.76 | -14,404.76 |
| 02/13/19 | 106 | Patrick T. Dougherty | Attorney fees (doc. 254)<br>Voided: check issued on 02/13/19 | 3210-000 | | -14,404.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 122,479.47 | 122,479.47 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 122,479.47 | |
| | | | Subtotal | | 122,479.47 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $122,479.47 | $0.00 | |

{} Asset reference(s)                                                                                              Printed: 05/12/2021 01:15 PM    V.20.33

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 17-30039  
Case Name: HARDES HOLDING, LLC

Taxpayer ID #: **-***0137  
Period Ending: 05/12/21

Trustee: Forrest Allred, Chapter 7 Trustee (610080)  
Bank Name: Mechanics Bank  
Account: ******7067 - Checking Account - Ch 7  
Blanket Bond: $19,631,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/14/19 | | From Account #******7066 | Funds on hand at conversion | | 9999-000 | 122,479.47 | | 122,479.47 |
| 02/13/19 | 101 | Patrick T. Dougherty | attorney fees (doc. 254) | | | | 14,404.76 | 108,074.71 |
| | | | Chapter 11 attorney fees | 14,004.76 | 6210-000 | | | 108,074.71 |
| | | | Chapter 7 Attorney fees | 400.00 | 3210-000 | | | 108,074.71 |
| 04/02/19 | 102 | Western Agricultural Insurance Company | (doc 320) - administrative expense | | 2420-000 | | 4,515.50 | 103,559.21 |
| 04/02/19 | 103 | Forrest C. Allred | (doc. 321) - reimbursement of expenses | | 2200-000 | | 1,275.00 | 102,284.21 |
| 05/09/19 | {25} | Swenson Partnership | farmland rent | | 1222-000 | 428,000.00 | | 530,284.21 |
| 05/21/19 | 104 | Sandton Credit Solutions Master Fund III, LP | 2019 land rent | | 4110-000 | | 428,000.00 | 102,284.21 |
| 06/03/19 | 105 | International Sureties, LTD | bond premium - 2019 | | 2300-000 | | 35.73 | 102,248.48 |
| 06/11/19 | 106 | Western Agricultural Insurance Company | (doc 320) - administrative expense | | 2420-000 | | 5,152.00 | 97,096.48 |
| 06/21/19 | | Clerk US Bankruptcy Court | certified copy fee - order on motion to sell | | 2700-000 | | 11.00 | 97,085.48 |
| 07/17/19 | | Transition Transfer Debit | Transition Transfer Debit | | 9999-000 | | 97,085.48 | 0.00 |

|  | ACCOUNT TOTALS | 550,479.47 | 550,479.47 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 122,479.47 | 97,085.48 | |
|  | Subtotal | 428,000.00 | 453,393.99 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $428,000.00 | $453,393.99 | |

{} Asset reference(s)

Printed: 05/12/2021 01:15 PM    V.20.33

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

Case Number: 17-30039  
Case Name: HARDES HOLDING, LLC

Taxpayer ID #: **-***0137  
Period Ending: 05/12/21

Trustee: Forrest Allred, Chapter 7 Trustee (610080)  
Bank Name: Metropolitan Commercial Bank  
Account: ******8324 - Checking Account - Ch 7  
Blanket Bond: $19,631,000.00 (per case limit)  
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/17/19 | | Transition Transfer Credit | Transition Transfer Credit | | 9999-000 | 97,085.48 | | 97,085.48 |
| 08/08/19 | 10107 | Patrick T, Dougherty | Chapter 7 Attorney fees (doc. 412) | | 3210-000 | | 32,561.75 | 64,523.73 |
| 08/26/19 | 10108 | Western Agricultureal Insurance Company | 9/9/19 installment | | 2420-000 | | 3,401.00 | 61,122.73 |
| 08/29/19 | | Hand County Title Company, Inc. | sale of real property (Wagner) | | | 1,969,227.97 | | 2,030,350.70 |
| | {5} | | sale of real property | 1,992,000.00 | 1110-000 | | | 2,030,350.70 |
| | | | 2019 RE Taxes | -4,225.66 | 2820-000 | | | 2,030,350.70 |
| | | | 2018 RE Taxes | -6,533.51 | 2820-000 | | | 2,030,350.70 |
| | | | 2017 RE Taxes | -7,237.15 | 5800-000 | | | 2,030,350.70 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 2,030,350.70 |
| | | | title insurance (1/2) | -2,304.46 | 2500-000 | | | 2,030,350.70 |
| | | | search fee (1/2) | -159.75 | 2500-000 | | | 2,030,350.70 |
| | | | transfer tax | -1,992.00 | 2500-000 | | | 2,030,350.70 |
| 08/29/19 | | Hand County Title Company, Inc. | sale of real property (Steptoe) | | | 418,831.26 | | 2,449,181.96 |
| | {1} | | sale of real property | 423,828.00 | 1110-000 | | | 2,449,181.96 |
| | | | 2019 RE Taxes | -835.54 | 2820-000 | | | 2,449,181.96 |
| | | | 2018 RE Taxes | -1,291.88 | 2820-000 | | | 2,449,181.96 |
| | | | 2017 RE Taxes | -1,408.22 | 5800-000 | | | 2,449,181.96 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 2,449,181.96 |
| | | | title insurance (1/2) | -717.60 | 2500-000 | | | 2,449,181.96 |
| | | | transfer tax | -424.00 | 2500-000 | | | 2,449,181.96 |
| 08/29/19 | | Hand County Title Company, Inc. | sale of real property (Mullaney) | | | 1,226,547.78 | | 3,675,729.74 |
| | {7} | | sale of real property | 1,246,674.00 | 1110-000 | | | 3,675,729.74 |
| | | | 2019 RE Taxes | -3,970.69 | 2820-000 | | | 3,675,729.74 |
| | | | 2018 RE Taxes | -6,139.30 | 2820-000 | | | 3,675,729.74 |
| | | | 2017 RE Taxes | -6,814.12 | 5800-000 | | | 3,675,729.74 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 3,675,729.74 |
| | | | title insurance (1/2) | -1,555.74 | 2500-000 | | | 3,675,729.74 |
| | | | search fee (1/2) | -79.87 | 2500-000 | | | 3,675,729.74 |
| | | | transfer tax | -1,247.00 | 2500-000 | | | 3,675,729.74 |
| 09/03/19 | {20} | Burlage Peterson Auctioneers & Realtors, LLC | auction proceeds - farming equipment | | 1129-000 | 67,480.00 | | 3,743,209.74 |
| 09/06/19 | | Hand County Title Company, Inc. | sale of real property (Brueggeman) | | | 408,013.97 | | 4,151,223.71 |
| | {5} | | sale of real property | 413,296.00 | 1110-000 | | | 4,151,223.71 |
| | | | 2019 RE Taxes | -918.52 | 2820-000 | | | 4,151,223.71 |
| | | | 2018 RE Taxes | -1,385.55 | 2820-000 | | | 4,151,223.71 |
| | | | 2017 RE Taxes | -1,538.86 | 5800-000 | | | 4,151,223.71 |

Subtotals: $4,187,186.46   $35,962.75

{} Asset reference(s)

Printed: 05/12/2021 01:15 PM   V.20.33

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 17-30039 | | Trustee: | Forrest Allred, Chapter 7 Trustee (610080) |
|---|---|---|---|---|
| Case Name: | HARDES HOLDING, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8324 - Checking Account - Ch 7 |
| Taxpayer ID #: | **-***0137 | | Blanket Bond: | $19,631,000.00  (per case limit) |
| Period Ending: | 05/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 4,151,223.71 |
| | | | title insurance (1/2) | -706.10 | 2500-000 | | | 4,151,223.71 |
| | | | transfer tax | -413.50 | 2500-000 | | | 4,151,223.71 |
| 09/09/19 | | Hand County Title Company, Inc. | sale of real property (Farlee) | | | 183,697.09 | | 4,334,920.80 |
| | {8} | | sale of real property | 192,000.00 | 1110-000 | | | 4,334,920.80 |
| | | | 2019 RE Taxes | -1,779.02 | 2820-000 | | | 4,334,920.80 |
| | | | 2018 RE Taxes | -2,662.68 | 2820-000 | | | 4,334,920.80 |
| | | | 2017 RE Taxes | -2,733.28 | 5800-000 | | | 4,334,920.80 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 4,334,920.80 |
| | | | title insurance (1/2) | -450.80 | 2500-000 | | | 4,334,920.80 |
| | | | search & copies fee (1/2) | -165.63 | 2500-000 | | | 4,334,920.80 |
| | | | transfer tax | -192.00 | 2500-000 | | | 4,334,920.80 |
| 09/16/19 | | Hand County Title Co. | sale of real property (Cody & Brady Birkeland) | | | 184,801.38 | | 4,519,722.18 |
| | {8} | | sale of real property | 192,000.00 | 1110-000 | | | 4,519,722.18 |
| | | | 2019 RE Taxes | -1,533.81 | 2820-000 | | | 4,519,722.18 |
| | | | 2018 RE Taxes | -2,241.23 | 2820-000 | | | 4,519,722.18 |
| | | | 2017 RE Taxes | -2,303.56 | 5800-000 | | | 4,519,722.18 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 4,519,722.18 |
| | | | title insurance (1/2) | -450.80 | 2500-000 | | | 4,519,722.18 |
| | | | search & copies fee (1/2) | -157.72 | 2500-000 | | | 4,519,722.18 |
| | | | transfer tax | -192.00 | 2500-000 | | | 4,519,722.18 |
| 09/16/19 | | Hand County Title Co. | sale of real property (Prine) | | | 299,228.82 | | 4,818,951.00 |
| | {8} | | sale of real property | 312,000.00 | 1110-000 | | | 4,818,951.00 |
| | | | 2019 RE Taxes | -2,855.73 | 2820-000 | | | 4,818,951.00 |
| | | | 2018 RE Taxes | -4,172.85 | 2820-000 | | | 4,818,951.00 |
| | | | 2017 RE Taxes | -4,285.98 | 5800-000 | | | 4,818,951.00 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 4,818,951.00 |
| | | | title insurance (1/2) | -588.80 | 2500-000 | | | 4,818,951.00 |
| | | | search & copies fee (1/2) | -236.32 | 2500-000 | | | 4,818,951.00 |
| | | | transfer tax | -312.00 | 2500-000 | | | 4,818,951.00 |
| 09/16/19 | | Hand County Title Co. | sale of real property (Jace Birkeland) | | | 318,394.29 | | 5,137,345.29 |
| | {9} | | sale of real property | 332,545.00 | 1110-000 | | | 5,137,345.29 |
| | | | 2019 RE Taxes | -3,185.38 | 2820-000 | | | 5,137,345.29 |
| | | | 2018 RE Taxes | -4,672.84 | 2820-000 | | | 5,137,345.29 |
| | | | 2017 RE Taxes | -4,790.19 | 5800-020 | | | 5,137,345.29 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 5,137,345.29 |
| | | | title insurance (1/2) | -612.95 | 2500-000 | | | 5,137,345.29 |

Subtotals :  $986,121.58    $0.00

{} Asset reference(s)

Printed: 05/12/2021 01:15 PM    V.20.33

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

Case Number: 17-30039
Case Name: HARDES HOLDING, LLC

Taxpayer ID #: **-***0137
Period Ending: 05/12/21

Trustee: Forrest Allred, Chapter 7 Trustee (610080)
Bank Name: Metropolitan Commercial Bank
Account: ******8324 - Checking Account - Ch 7
Blanket Bond: $19,631,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | search & copies fee (1/2) | -236.85 | 2500-000 | | | 5,137,345.29 |
| | | | transfer tax | -333.00 | 2500-000 | | | 5,137,345.29 |
| 09/16/19 | | Hand County Title Co. | sale of real property (Wernsmann) | | | 387,294.39 | | 5,524,639.68 |
| | {2} | | sale of real property | 392,800.00 | 1110-000 | | | 5,524,639.68 |
| | | | 2019 RE Taxes | -1,003.85 | 2820-000 | | | 5,524,639.68 |
| | | | 2018 RE Taxes | -1,472.54 | 2820-000 | | | 5,524,639.68 |
| | | | 2017 RE Taxes | -1,634.77 | 5800-000 | | | 5,524,639.68 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 5,524,639.68 |
| | | | title insurance (1/2) | -681.95 | 2500-000 | | | 5,524,639.68 |
| | | | transfer tax | -393.00 | 2500-000 | | | 5,524,639.68 |
| 09/16/19 | | Hand County Title Co. | sale of real property (Schlechter) | | | 766,051.70 | | 6,290,691.38 |
| | {5} | | sale of real property | 776,356.00 | 1110-000 | | | 6,290,691.38 |
| | | | 2019 RE Taxes | -1,966.54 | 2820-000 | | | 6,290,691.38 |
| | | | 2018 RE Taxes | -2,896.12 | 2820-000 | | | 6,290,691.38 |
| | | | 2017 RE Taxes | -3,222.50 | 5800-000 | | | 6,290,691.38 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 6,290,691.38 |
| | | | title insurance (1/2) | -1,083.39 | 2500-000 | | | 6,290,691.38 |
| | | | search fee (1/2) | -39.75 | 2500-000 | | | 6,290,691.38 |
| | | | transfer tax | -776.50 | 2500-000 | | | 6,290,691.38 |
| 09/20/19 | | Hand County Title Company, Inc. | sale of real property (Starr) | | | 153,184.94 | | 6,443,876.32 |
| | {8} | | sale of real property | 160,000.00 | 1110-000 | | | 6,443,876.32 |
| | | | 2019 RE Taxes | -1,476.27 | 2820-000 | | | 6,443,876.32 |
| | | | 2018 RE Taxes | -2,115.67 | 2820-000 | | | 6,443,876.32 |
| | | | 2017 RE Taxes | -2,172.40 | 5800-000 | | | 6,443,876.32 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 6,443,876.32 |
| | | | title insurance (1/2) | -414.00 | 2500-000 | | | 6,443,876.32 |
| | | | search & copies fee (1/2) | -157.22 | 2500-000 | | | 6,443,876.32 |
| | | | transfer tax | -160.00 | 2500-000 | | | 6,443,876.32 |
| 09/20/19 | | Hand County Title Company, Inc. | sale of real property (Olsen) | | | 561,635.92 | | 7,005,512.24 |
| | {9} | | sale of real property | 583,963.20 | 1110-000 | | | 7,005,512.24 |
| | | | 2019 RE Taxes | -5,194.13 | 2820-000 | | | 7,005,512.24 |
| | | | 2018 RE Taxes | -7,444.82 | 2820-000 | | | 7,005,512.24 |
| | | | 2017 RE Taxes | -7,658.56 | 5800-000 | | | 7,005,512.24 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 7,005,512.24 |
| | | | title insurance (1/2) | -889.42 | 2500-000 | | | 7,005,512.24 |
| | | | search & copies fee (1/2) | -236.85 | 2500-000 | | | 7,005,512.24 |
| | | | transfer tax | -584.00 | 2500-000 | | | 7,005,512.24 |

Subtotals : $1,868,166.95  $0.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 17-30039 | | Trustee: | Forrest Allred, Chapter 7 Trustee (610080) |
|---|---|---|---|---|
| Case Name: | HARDES HOLDING, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8324 - Checking Account - Ch 7 |
| Taxpayer ID #: | **-***0137 | | Blanket Bond: | $19,631,000.00 (per case limit) |
| Period Ending: | 05/12/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/20/19 | | Hand County Title Company, Inc. | sale of real property (Buschel) | | | 786,711.17 | | 7,792,223.41 |
| | {3} | | sale of real property | 792,200.00 | 1110-000 | | | 7,792,223.41 |
| | | | 2019 RE Tax | -813.94 | 2820-000 | | | 7,792,223.41 |
| | | | 2018 RE Tax | -1,166.41 | 2820-000 | | | 7,792,223.41 |
| | | | 2017 RE Tax | -1,257.27 | 5800-000 | | | 7,792,223.41 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 7,792,223.41 |
| | | | title insurance (1/2) | -1,099.46 | 2500-000 | | | 7,792,223.41 |
| | | | search fee (1/2) | -39.75 | 2500-000 | | | 7,792,223.41 |
| | | | transfer tax | -792.50 | 2500-000 | | | 7,792,223.41 |
| 10/04/19 | 10109 | Burlage Peterson Auctioneers & Realtors, LLC | auctioneer fees & expenses (doc. 445) | | | | 5,096.96 | 7,787,126.45 |
| | | | auctioneer fees (doc. 445) | 3,593.31 | 3610-000 | | | 7,787,126.45 |
| | | | auctioneer expenses (doc. 445) | 1,503.65 | 3620-000 | | | 7,787,126.45 |
| 11/13/19 | 10110 | Woods, Fuller, Shultz & Smith Trust Account | (doc 465) - payment to secured creditor (Sandton) | | 4110-000 | | 844,742.50 | 6,942,383.95 |
| 11/26/19 | 10111 | Burlage Peterson Auctioneers & Realtors, LLC | auctioneer fees & expenses (doc 467) | | | | 179,197.38 | 6,763,186.57 |
| | | | auctioneer expenses (doc. 467) | 12,851.58 | 3620-000 | | | 6,763,186.57 |
| | | | auctioneer fees (doc 467) | 166,345.80 | 3610-000 | | | 6,763,186.57 |
| 11/27/19 | | Hand County Title Company, Inc. | sale of real property (Sandton) | | | 282,813.44 | | 7,046,000.01 |
| | {4} | | sale of real property (Sandton) | 287,490.00 | 1110-000 | | | 7,046,000.01 |
| | | | 2019 RE Tax | -1,029.42 | 2820-000 | | | 7,046,000.01 |
| | | | 2018 RE Tax | -1,176.57 | 2820-000 | | | 7,046,000.01 |
| | | | 2017 RE Tax | -1,302.37 | 5800-000 | | | 7,046,000.01 |
| | | | closing fee (1/2) | -319.50 | 2500-000 | | | 7,046,000.01 |
| | | | title insurance (1/2) | -561.20 | 2500-000 | | | 7,046,000.01 |
| | | | transfer tax | -287.50 | 2500-000 | | | 7,046,000.01 |
| 11/27/19 | | Hand County Title Company, Inc. | sale of real property (Sandton) | | | 546,869.36 | | 7,592,869.37 |
| | {2} | | sale of real property (Sandton) | 557,252.50 | 1110-000 | | | 7,592,869.37 |
| | | | 2019 RE Tax | -2,519.92 | 2820-000 | | | 7,592,869.37 |
| | | | 2018 RE Tax | -2,880.13 | 2820-000 | | | 7,592,869.37 |

Subtotals :   $1,616,393.97   $1,029,036.84

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 17-30039 | | Trustee: | Forrest Allred, Chapter 7 Trustee (610080) |
|---|---|---|---|---|
| Case Name: | HARDES HOLDING, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8324 - Checking Account - Ch 7 |
| Taxpayer ID #: | **-***0137 | | Blanket Bond: | $19,631,000.00  (per case limit) |
| Period Ending: | 05/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 2017 RE Tax    -3,203.05 | 5800-000 | | | 7,592,869.37 |
| | | | closing fee (1/2)    -319.50 | 2500-000 | | | 7,592,869.37 |
| | | | title insurance (1/2)    -863.29 | 2500-000 | | | 7,592,869.37 |
| | | | search fee (1/2)    -39.75 | 2500-000 | | | 7,592,869.37 |
| | | | transfer tax    -557.50 | 2500-000 | | | 7,592,869.37 |
| 12/02/19 | | Western Agricultural Insurance Company | refund of insurance premium | 2420-000 | | -2,726.00 | 7,595,595.37 |
| 12/10/19 | 10112 | Sandton Credit Soluctions Master Fund III, LP | distribution to secured creditor (doc 475) Voided on 12/10/19 | 4110-000 | | 7,177,142.20 | 418,453.17 |
| 12/10/19 | 10112 | Sandton Credit Soluctions Master Fund III, LP | distribution to secured creditor (doc 475) Voided: check issued on 12/10/19 | 4110-000 | | -7,177,142.20 | 7,595,595.37 |
| 12/10/19 | 10113 | Sandton Credit Solutions Master Fund III, LP | distribution to secured creditor (doc 475) | 4110-000 | | 7,177,142.20 | 418,453.17 |
| 01/07/20 | 10114 | Burlage Peterson Auctioneers & Realtors, LLC | auctioneer fees (doc 478) | 3610-000 | | 17,993.02 | 400,460.15 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 320.03 | 400,140.12 |
| 04/17/20 | | Western Agricultural Insurance Company | refund of insurance premium | 2420-000 | | -603.00 | 400,743.12 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 639.88 | 400,103.24 |
| 05/22/20 | 10115 | International Sureties, LTD | bond premium - 2020 | 2300-000 | | 172.51 | 399,930.73 |
| 05/29/20 | 10116 | Tibble & Wesler Certified Public Accountants | accountant fees & expenses (doc 484) | | | 2,430.97 | 397,499.76 |
| | | | accountant fees    2,375.00 | 3410-000 | | | 397,499.76 |
| | | | accountant expenses    55.97 | 3420-000 | | | 397,499.76 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 618.17 | 396,881.59 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 677.55 | 396,204.04 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 654.38 | 395,549.66 |
| 09/23/20 | 10117 | Patrick T, Dougherty | Attorney for Trustee fees (doc 498) | 3210-000 | | 12,194.25 | 383,355.41 |
| 10/21/20 | 10118 | Tibble & Wesler Certified Public Accountants | accountant fees & expenses (doc 503) | | | 2,479.15 | 380,876.26 |
| | | | accountant fees (doc 503)    2,412.50 | 3410-000 | | | 380,876.26 |
| | | | accountant expenses (doc 503)    66.65 | 3420-000 | | | 380,876.26 |
| 02/01/21 | | Clerk US Bankruptcy Court | court fee - audio transcript | 2700-000 | | 32.00 | 380,844.26 |
| 03/22/21 | 10119 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $301,420.93, Trustee Compensation;  Reference: | 2100-000 | | 301,420.93 | 79,423.33 |
| 03/22/21 | 10120 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $1,329.13, Trustee | 2200-000 | | 54.13 | 79,369.20 |

Subtotals :    $0.00    $7,513,500.17

{} Asset reference(s)

Printed: 05/12/2021 01:15 PM    V.20.33

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 8

Case Number: 17-30039
Case Name: HARDES HOLDING, LLC

Taxpayer ID #: **-***0137
Period Ending: 05/12/21

Trustee: Forrest Allred, Chapter 7 Trustee (610080)
Bank Name: Metropolitan Commercial Bank
Account: ******8324 - Checking Account - Ch 7
Blanket Bond: $19,631,000.00  (per case limit)
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses;  Reference: | | | | |
| 03/22/21 | 10121 | Forrest C. Allred | Dividend paid 100.00% on $6,629.63, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,629.63 | 72,739.57 |
| 03/22/21 | 10122 | Forrest C. Allred | Dividend paid 100.00% on $198.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 198.50 | 72,541.07 |
| 03/22/21 | 10123 | Bantz, Gosch & Cremer, LLC | Dividend paid 100.00% on $3,138.55, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 3,138.55 | 69,402.52 |
| 03/22/21 | 10124 | Bantz, Gosch & Cremer, LLC | Dividend paid 100.00% on $42.00, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 42.00 | 69,360.52 |
| 03/22/21 | 10125 | U.S. TRUSTEE | Dividend paid 100.00% on $649.37, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 649.37 | 68,711.15 |
| 03/22/21 | 10126 | Bantz, Gosch & Cremer, LLC | Dividend paid 100.00% on $8,666.44, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 8,666.44 | 60,044.71 |
| 03/22/21 | 10127 | Bantz, Gosch & Cremer, LLC | Dividend paid 100.00% on $118.60, Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11);  Reference: | 6220-000 | | 118.60 | 59,926.11 |
| 03/22/21 | 10128 | Gerry & Kulm Ask, Prof. LLC | Dividend paid 100.00% on $25,600.35, Attorney for Trustee Fees (Trustee Firm) (Chapter 11);  Reference: | 6110-000 | | 25,600.35 | 34,325.76 |
| 03/22/21 | 10129 | Sandton Credit Solutions Master Fund III | Dividend paid  73.23% on $11,584,980.18; Claim# 4; Filed: $11,584,980.18; Reference: | 4110-000 | | 34,325.76 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,657,868.96 | 8,657,868.96 | $0.00 |
| | | | Less: Bank Transfers | | 97,085.48 | 0.00 | |
| | | | Subtotal | | 8,560,783.48 | 8,657,868.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,560,783.48 | $8,657,868.96 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7066 | 122,479.47 | 0.00 | 0.00 |
| Checking # ******7067 | 428,000.00 | 453,393.99 | 0.00 |
| Checking # ******8324 | 8,560,783.48 | 8,657,868.96 | 0.00 |
| | $9,111,262.95 | $9,111,262.95 | $0.00 |

{} Asset reference(s)

Printed: 05/12/2021 01:15 PM    V.20.33